The Honorable Robert Lasnik

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| SHEHRIYAR ITALMAZOV, ET AL, <br><br> Plaintiff, <br><br> v. <br><br> ALEJANDRO MAYORKAS, *et al.*, <br><br> Defendants. | No. 2:23-cv-01976 <br><br> ORDER GRANTING STIPULATED MOTION FOR A 60-DAY EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE PLEAD |

For good cause shown, the Stipulated Motion for a 60-Day Extension of Time for Defendants to Answer or Otherwise Plead is **GRANTED**. Defendants shall answer or otherwise respond to Plaintiff's complaint on or before April 29, 2024. It is so **ORDERED**.

Dated this 16th day of February, 2024.

_____
HONORABLE ROBERT LASNIK
United States Judge

Presented by:
ZACHARY A CARDIN  (#MD 1812110052 )
Trial Attorney
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Phone: (202) 532-4945

ORDER GRANTING STIPULATED MOTION FOR    - 1 -
A 60-DAY EXTENSION
No. 2:23-cv-01987-TLF