1

District Judge Robert S. Lasnik

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

SHEHRIYAR ITALMAZOV, *et al.*,

No. 2:23-cv-01976

Plaintiffs,

STIPULATED MOTION TO HOLD
CASE IN ABEYANCE AND
ORDER

10

11

v.

12

ALEJANDRO MAYORKAS, *et al.*,

13

Defendants.

14

15

Plaintiffs brought this litigation pursuant to the Administrative Procedure Act and

16

Mandamus Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services

17

("USCIS") adjudicate their Forms I-589, Applications for Asylum and for Withholding of

18

Removal.  Defendants' response to the Complaint is currently due on April 29, 2024.  The parties

19

are currently working towards a resolution to this litigation.  For good cause, the parties request

20

now that the Court hold the case in abeyance until July $10^{st}$, 2024.

21

Courts have "broad discretion" to stay proceedings.  *Clinton v. Jones*, 520 U.S. 681, 706

22

(1997).  "[T]he power to stay proceedings is incidental to the power inherent in every court to

23

control the disposition of the causes on its docket with economy of time and effort for itself, for

24

United States Department of Justice
P.O Box 868 Ben Franklin Station
(202) 532-4945

1   counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ.

2   P. 1.

3       With additional time, this case may be resolved without the need of further judicial

4   intervention.  USCIS has scheduled Shehriyar Italmazov's interview for March 12, 2024, and since

5   such interview notice was received so late by plaintiff and attorneys, all supplemental documents

6   and evidence, if any, may be submitted by fax or FedEx by 1130am Friday 03/08/2024 to the

7   Asylum Office in San Franscico, and by paper to the Seattle Asylum Sub Office by 200pm on

8   Monday 2024 (than the usual 10-7 days prior to interview).  USCIS agrees to diligently work

9   towards completing the adjudications within 120 days of the interviews, absent unforeseen or

10  exceptional circumstances that would require additional time for adjudications.    If the

11  adjudications are not completed within that time, USCIS will provide a status report to the Court.

12  Plaintiffs recognize that failure to submit documents prior to the interview may require the

13  interview(s) to be rescheduled and the adjudication(s) delayed.  If needed, Plaintiffs will bring an

14  interpreter to the interviews, otherwise the interviews will need to be rescheduled and the

15  adjudication delayed.  After the interviews, USCIS will need time to adjudicate Plaintiffs' asylum

16  applications.  Once the applications are adjudicated, Plaintiffs will dismiss the case with each party

17  to bear their own litigation costs and attorneys' fees. Accordingly, the parties request this abeyance

18  to allow USCIS to conduct Plaintiffs' asylum interviews and then process their asylum

19  applications.

20      As additional time is necessary for this to occur, the parties request that the Court hold the

21  case in abeyance until July 10, 2024.  The parties will submit a joint status report on or before July

22  10, 2024.

23  //

24

STIPULATED MOTION FOR ABEYANCE          - 2
 (2:23-cv-01976)

1   //

2   //

3   Dated: March 7, 2024.                              Respectfully submitted,

4

5                                                                                              s/_

6                                              _s/ Zachary A. Cardin_
                                             ZACHARY A. CARDIN
                                             (Md. Bar No. 1812110052 )
7                                            Trial Attorney
                                             Office of Immigration Litigation - District Court
8                                            Section
                                             U.S. Department of Justice
9                                            P.O. Box 868, Ben Franklin Station
                                             Washington, D.C. 20044
10                                           (202) 532-4067
                                             zachary.a.cardin@usdoj.gov
11

12                                           _Attorney for Defendants_

13                                           **_I certify that this memorandum contains 388
                                             words, in compliance with the Local Civil Rules._**

14                                           _s/ Bart Klein_
                                             BART KLEIN WSBA# 10909
15                                           Law Offices of Bart Klein
                                             605 First Avenue, #500
16                                           Seattle, Washington 98104
                                             Phone: 206-755-5651
17                                           Email:  bart.klein@bartklein.com
                                             _Attorney for Plaintiffs_
18

19

20

21

22

23

24

STIPULATED MOTION FOR ABEYANCE          - 3              United States Department of Justice
 (2:23-cv-01976)                                         P.O Box 868 Ben Franklin Station
                                                                 (202) 532-4945

1
2
3
4
5

**ORDER**

6

 The case is held in abeyance until July 10, 2024.  The parties shall submit a joint status

7

report on or before July 10, 2024.  It is so **ORDERED**.

8

 DATED this 8th day of March, 2024.

9
10
11

Robert S Lasnik
United States District Judge

12
13
14
15
16
17
18
19
20
21
22
23
24

STIPULATED MOTION FOR ABEYANCE  - 4
 (2:23-cv-01976)